

2 Westchester Park Drive
Suite 410
White Plains, NY 10604
Tel 914-331-0100
Fax 914-331-0105
www.denleacarton.com

July 18, 2017

**Via ECF**
The Honorable Steven M. Gold, U.S.M.J.
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

                Re:   *Diaz v. Lobel's of New York, LLC*
                      Case No. 16-CV-6349

Dear Judge Gold:

    I am counsel for Defendant, Lobel's of New York, LLC.

    The status conference that was originally scheduled for July 14, 2017 was adjourned at Plaintiff's request due to a scheduling conflict, to July 24, 2017. I will be out of the state on July 24, 2017 with my family, and therefore respectfully request that the Court allow me to participate in the conference by telephone. If the Court allows leave for me to participate by phone, I will make the necessary arrangements to call the Court at the appointed time.

    I have consulted with Mr. Lee, and he does not object to me participating by telephone. Mr. Lee indicated that he would like to participate in person.

    Thank you for your consideration of this request.

                          Very truly yours,

                          DENLEA & CARTON LLP

                          Peter N. Freiberg

PNF/db
cc: CK Lee